LINDA R. CAMERON et al., Respondents, v. PAUL PERMAKOFF, Appellant.

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.